O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT, a Connecticut corporation; THE TRAVELERS INDEMNITY COMPANY, a Connecticut corporation,<br><br>Plaintiff,<br><br>v.<br><br>PROJECT SOLUTIONS, LLC, a Colorado Limited Liability Company; ERIC WIGAND, an individual; EMERIC WIGAND; an individual; JAMES JONES, an individual ,<br><br>Defendants. | Case No. CV 15-06515 DDP (FFMx)<br><br>**ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE A FIRST AMENDED COMPLAINT**<br><br>[DKT. 33] |

    Presently before the court is Plaintiffs' Motion for Leave to File a First Amended Complaint (Dkt. 33). Defendants have not opposed the motion. Accordingly, the court GRANTS the motion and adopts the following Order.

    Central District of California Local Rule 7-9 requires an opposing party to file an opposition to any motion at least twenty-one (21) days prior to the date designated for hearing the motion.

C.D. Cal. L.R. 7-9. Additionally, Local Rule 7-12 provides that "[t]he failure to file any required document, or the failure to file it within the deadline, may be deemed consent to the granting or denial of the motion." C.D. Cal. L.R. 7-12.

    Plaintiffs' motion was filed on June 24, 2016 and noticed for hearing on July 25, 2016. Defendants' opposition was therefore due by July 5, 2016.[1] As of the date of this Order, Defendants have not filed an opposition or any other filing that could be construed as a request for a continuance. Accordingly, the court deems Defendants' failure to oppose as consent to granting the motion for leave to file a first amended complaint, and GRANTS the motion. Plaintiffs shall file the First Amended Complaint within ten days of the date of this Order.

IT IS SO ORDERED.

Dated: July 13, 2016

DEAN D. PREGERSON
United States District Judge

---

[1] Monday, July 4, was a holiday.